UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MARK McMASTER and TRACY McMASTER**                                    **PLAINTIFFS**

**V.**                                              **CIVIL ACTION NO.1:06CV635 LTS-RHW**

**MERITPLAN INSURANCE COMPANY**
**and STATEWIDE INSURANCE SERVICES**                                   **DEFENDANTS**

### ORDER

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That the motion [6] of Plaintiffs Mark McMaster and Tracy McMaster to remand this action is hereby **DENIED**; and

That the Complaint as to Defendant Statewide Insurance Services is hereby **DISMISSED**.

**SO ORDERED** this 21st day of March, 2007.

s/ L. T. Senter, Jr.

L. T. SENTER, JR.
SENIOR JUDGE